Nicole L. Hazlett (SBN 310052)
nhazlett@consumerlawcenter.com
Krohn & Moss, Ltd.
1112 Ocean Drive, Suite 301
Manhattan Beach, CA 90266
Tel: (323) 988-2400
Fax: (866) 861-1390

Attorney for Plaintiff, BELLE PAYABYAB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLE PAYABYAB, | Case No.: 5:17-CV-00463-JGB-KK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| CAPITAL ONE BANK, | |
| Defendant. | |

NOW COMES the Plaintiff, BELLE PAYABYAB, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated: September 25, 2017        KROHN & MOSS, LTD.

　　　　　　　　　　　　　　　By:    /s/ Nicole L. Hazlett
　　　　　　　　　　　　　　　　　　 Nicole L. Hazlett
　　　　　　　　　　　　　　　　　　 Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　 BELLE PAYABYAB

# CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2017, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on September 25, 2017 I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:  /s/ Nicole L. Hazlett
Nicole L. Hazlett